FRANK ALSIP & others *vs.* THOMAS B. SPRING & others.

Feb. 6, 1875.

BERRY, J. We do not feel called upon to discuss any of the several points made by the appellants in this case. We

are referred to no authority, except as to one, and none of them raises any question of difficulty or importance.

Judgment affirmed.

*I. V. D. Heard*, for appellants.

*Gordon E. Cole*, for respondents.